**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| Consejo Regulador Del Tequila A.C., | § | |
| | § | |
| *Plaintiff*, | § | No. 3:25-CV-01129 |
| v. | § | |
| | § | |
| Additive Free Alliance, Inc. and S2F Online, Inc. | § | |
| *Defendants*. | § | |

**Joint Stipulation of Dismissal with Prejudice**

Plaintiff Consejo Regulador Del Tequila A.C. and Defendants Additive Free Alliance, Inc. and S2F Online, Inc. hereby notify the Court that they have settled their claims against each other in this matter and, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., stipulate to the dismissal with prejudice of all claims brought in this action against Defendants, with each party bearing its own costs and fees.

Dated: May 15, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Nicole S. Alvarez*

Justin S. Cohen (*pro hac vice*)

Peretz Chesal & Herrmann, PL

By: */s/ Albert Alvarez*
Steven I. Peretz (Florida Bar No. 329037)

Texas Bar No. 24078356
Justin.Cohen@hklaw.com
1722 Routh Street
Suite 1500
Dallas, Texas 75021
(214) 969-1700

Daniel J. Barsky
Florida Bar No. 0025713
Daniel.Barsky@hklaw.com
Nicole S. Alvarez
Florida Bar No. 1026071
Nicole.Alvarez@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
(305) 374-8500

*Attorneys for Plaintiff*
*Consejo Regulador Del Tequila A.C*

speretz@pch-iplaw.com
Michael B. Chesal (FBN 775398)
Mchesal@pch-iplaw.com
Albert Alvarez (FBN 106859)
aalvarez@pch-iplaw.com
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Avenue, Suite 1820
Miami, FL 33131
Telephone: 305-341-3000

*Counsel for Defendants*